```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

SHATIKA R. SMITH,                      )
                                       )
        Plaintiff,                     )
                                       )
        v.                             )   NO.  3:11-0929
                                       )   Judge Campbell/Bryant
METROPOLITAN NASHVILLE HOSPITAL        )   Jury Demand
AUTHORITY, et al.,                     )
                                       )
        Defendants.                    )

### O R D E R

Due to a conflict, the initial case management conference by telephone previously scheduled for 9:30 a.m. on May 2, 2012 (Docket Entry No. 13), is **RESET** to **10:00 a.m.** Counsel for the plaintiff shall initiate the call.

It is so **ORDERED**.

                                       s/ John S. Bryant
                                       JOHN S. BRYANT
                                       United States Magistrate Judge