IN THE U.S. DISTRICT COURT OF MIDDLE TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| SHATIKA R. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | No. 3:11-cv-0929 |
| | ) | |
| METROPOLITAN NASHVILLE | ) | Judge Bryant |
| HOSPTIAL AUTHORITY, | ) | |
| NASHVILLE GENERAL HOSPTIAL | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## MOTION TO MODIFY SCHEDULING ORDER

Comes now Plaintiff, by and through counsel, and hereby moves this Honorable Court to modify the scheduling order in this matter. As grounds, the Plaintiff would show that discovery is due to be completed in this matter on March 25, 2012. Defense counsel is unopposed to this extension. Therefore, the parties agree that the time for fact witness discovery shall be extended to May 30, 2012.

Dated this 5th day of March, 2012.

Respectfully Submitted,

*/s/ Michelle Owens*
Michelle Owens (#26512)
Attorney for Plaintiff
Agee, Van Atta, Owens, Gillespie, LLC
3340 Perimeter Hill Drive
Nashville, TN 37211
(615) 300-8546